**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mark A. Nelson**
   Debtor(s)

Bankruptcy Case No.: 19–22510–CMB

Chapter: 13
Docket No.: 43 – 42
Concil. Conf.: January 21, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 5, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 20, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 21, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 21, 2020

                                                                   Carlota M. Bohm
                                                                   United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689−4002

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 19-22510-CMB
Mark A. Nelson                                                      Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw                  Page 1 of 2                  Date Rcvd: Sep 21, 2020
                              Form ID: 410                Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2020.
db             +Mark A. Nelson,    241 Shenandoah Drive,    Pittsburgh, PA 15235-2053
cr             +Penn Hills School District and Municipality of Pen,    Tax Division,
                 c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
                 Pittsburgh, PA 15235-4441
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +Wells Fargo Bank, National Association,    14841 Dallas Pkwy Suite 425,    Dallas, TX 75254-8067
15075853        Kimberly J. Hong, Esquire,    Manley Deas Kochalski, LLC,    2601 Koppers Bldg.</br>436 7th Ave,
                 Pittsburgh, Pennsylvania 15219
15075854       +Maiello Brungo & Maiello,    100 Purity Road, Suite 3,    Pittsburgh, Pennsylvania 15235-4441
15075857        Municipality of Penn Hills,    Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, Pennsylvania 19404-3020
15100321       +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
15075858       +Oakmont Water Authority,    P.O. Box 73,    Oakmont, Pennsylvania 15139-0073
15075859       +Penn Hills School District and Municipal,    Maiello Brungo & Maiello, LLP,
                 100 Purity Road, Suite 3,    Pittsburgh, Pennsylvania 15235-4441
15075860        Peoples,    P.O. Box 644760,    Pittsburgh, Pennsylvania 15264-4760
15107239       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, PC,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15075861        Portfolio Recovery Associates, LLC,    P.O. Box 3020,    Norristown, Pennsylvania 19404-3020
15075862       +Rosenthal, Morgan and Thomas, Inc.,    12747 Olive Blvd., Ste 250,    St. Louis, MO 63141-6278
15075864        UPMC Health Services,    P.O. Box 371472,    Pittsburgh, Pennsylvania 15250-7472
15075865        UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, Pennsylvania 15250-7980
15105377        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15075866        UPMC Presbyterian Shadyside,    P.O. Box 382059,    Pittsburgh, Pennsylvania 15250-8059
15075867        UPMC St. Margaret,    P.O. Box 382059,    Pittsburgh, Pennsylvania 15250-8059
15115365       +Wells Fargo Bank, Minnesota, N.A.,    Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
15075868        Wells Fargo Bank, N.A.,    1000 Blue Gentian Road,    Eagen, Minnesota 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 22 2020 04:06:18
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
15075847       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2020 04:07:43      American InfoSource, LP,
                 P.O. Box 248838,    Oklahoma City, Oklahoma 73124-8838
15075848       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 22 2020 04:07:35      Ascension Capital Group,
                 P.O. Box 201347,    Arlington, Texas 76006-1347
15095744       +E-mail/Text: bnc@atlasacq.com Sep 22 2020 03:57:12     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
15075849       +E-mail/Text: bnc@atlasacq.com Sep 22 2020 03:57:12     Atlas Acquisitions, LLC,
                 294 Union Street,    Hackensack, New Jersey 07601-4303
15075850        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 22 2020 04:06:21
                 Capital One Auto Finance,    P.O. Box 60511,    City of Industry, California 91716-0511
15075851       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 22 2020 03:58:03
                 Credit Collection Services,    725 Canton Street,    Norwood, Massachusetts 02062-2679
15115261       +E-mail/Text: kburkley@bernsteinlaw.com Sep 22 2020 03:58:00      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15075852       +E-mail/Text: kburkley@bernsteinlaw.com Sep 22 2020 03:58:00      Duquesne Light Company,
                 411 7th Ave.,    Pittsburgh, Pennsylvania 15219-1942
15103035        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 22 2020 03:57:49      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15075856        E-mail/Text: bankruptcydpt@mcmcg.com Sep 22 2020 03:57:41      Midland Credit Management, Inc.,
                 P.O. Box 13105,    Roanoke, VA 24031-3105
15105340       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 22 2020 03:57:41      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
15113542        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2020 04:06:20
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15100322       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 22 2020 03:57:49      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
15075863        E-mail/Text: appebnmailbox@sprint.com Sep 22 2020 03:57:39      Sprint,    6200 Sprint Parkway,
                 Overland Park, Kansas 66251
15105401        E-mail/Text: appebnmailbox@sprint.com Sep 22 2020 03:57:39      Sprint Corp,
                 Attention Bankruptcy,    PO Box 7949,    Overland Park, KS 662070949
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wells Fargo Bank, National Association, Et Al...
```

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                   Date Rcvd: Sep 21, 2020
                               Form ID: 410                Total Noticed: 37

cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
15098173*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
15075855      ##+Marc D. Daffner, Esquire,    Daffner & Associates, P.C.,    Allegheny Building,
                 429 Forbes Avenue, Suite 610,    Pittsburgh, Pennsylvania 15219-1604
                                                                                              TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:

```
              Brian Nicholas    on behalf of Creditor    Wells Fargo Bank, National Association, Et Al...
               bnicholas@kmllawgroup.com
              Francis E. Corbett    on behalf of Debtor Mark A. Nelson fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8
```