# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

| | | |
|---|---|---|
| **Debtor:** | MARK A. NELSON | |
| **Case Number:** | 19-22510-CMB | Chapter: 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 21, 2021 09:00 AM   3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

FILED
1/22/21 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#42 Trustee's Certificate of Default Requesting Dismissal of Case
#47 Amended Plan dated 11/4/2020 (FC)
R / M #:  47 / 0

**_Appearances:_**

Debtor: Corbett
Trustee: Winnecour / Pail / Katz / DeSimone   Warmbrodt

Creditor:

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __3/18/21__ at __10:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __✓__ Other:

Debtor waiting for stimulus check; is also going to try again for loan mod; needs some time to see if he can come up w/ a feasible pyt.

1/11/2021   2:51:10PM