IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: ) | |
| MARK A. NELSON ) | |
|       Debtor ) | BANKRUPTCY CASE NO. 19-22510 |
| PEOPLES NATURAL GAS COMPANY, ) | |
| LLC ) | MOTION NO. |
|       Movant, ) | CHAPTER 13 |
|     vs. ) | |
| MARK A. NELSON, and RONDA J. ) | re doc. 52 |
| WINNECOUR, ESQUIRE, Trustee ) | |
|       Respondents. ) | |

### ENTERED BY DEFAULT

<u>ORDER OF COURT</u>

AND NOW, to-wit, this ____28th____ day of ____April_____, 2021, upon Motion of the Peoples Natural Gas Company, LLC, service of the same upon Debtor and Debtor's Counsel and failure of the same to Object or Respond, it is hereby ORDERED, ADJUDGED and DECREED that:

    1.    The Debtor has failed to pay their utility bills and/or security deposit to the Peoples Natural Gas Company, LLC as and when they became due post petition. The Peoples Natural Gas Company, LLC is entitled to be paid for this administrative claim and either to terminate utility service to the Debtors or be granted adequate assurance of future payment.

    2.    The Court finds that continued utility service is necessary for an effective reorganization by the Debtors. Therefore, the administrative claims of the Peoples Natural Gas Company, LLC as set forth in the foregoing Motion are hereby allowed and are to be paid through the Chapter 13 Plan. In addition, as further adequate assurance of payment, the Debtor is hereby ordered to hereafter make the monthly budget payment for utility service provided by Peoples Natural Gas Company, LLC through the Trustee as part of the Chapter 13 Plan. The CAP <u>budget</u> payment as of the date of this Order is $90.00. **The <u>total amount to be included</u> in the Plan, including budget and arrearages, is set forth in <u>paragraph four</u> (4) of this Order.**

    3.    In order to pay the combined administrative claims and ongoing budget of the Peoples Natural Gas Company, LLC, the Plan payment must be increased. Distribution to Peoples Natural Gas Company, LLC must begin effective beginning in June of 2021.

      4.      To provide for the claims allowed in this Order, and to provide the ongoing budget as adequate assurance, the sum of $120.51 shall be distributed to the Movant, the Peoples Natural Gas Company, LLC over the life of the Plan, and shall be paid at priority level three (3). The Trustee is hereby authorized and directed to make immediate interim distribution of the funds due to the Peoples Natural Gas Company, LLC.

      5.      If the ongoing CAP budget required to maintain utility service to the Debtors should increase significantly, the monthly amount due on this long term continuing debt may be amended by Peoples Natural Gas Company, LLC in accord with its usual procedures upon notice to the Debtor or his or her attorney and the Chapter 13 Trustee.  Whatever sums may remain due on the post petition account once this case has concluded will not be discharged, and remain the liability of the Debtor.

      6.      If the counsel for the Debtor has not consented to the Order by signing below, this Order is entered by Default subject to the Debtor's right to seek reconsideration of this Order, by written Motion, within twenty (20) days of the date of this Order.

      7.      Unless reconsideration of this Order is timely sought, the Debtor's counsel or the Debtor are hereby ordered to file an amended plan including Peoples Natural Gas Company, LLC as set forth in this Order within fifteen (15) days of the date of this Order.  Debtor's counsel or Debtor shall simultaneously file an amended wage order which shall be in the amount required by the amended plan.

      8.      The debtor's post petition account number is xxxxxxxx3558.

BY THE COURT:

_Carlota M. Böhm_ J.   dmk

cc: S. James Wallace, GRB Law, 437 Grant Street, 14th Floor, Pittsburgh, Pa. 15219-6107

FILED
4/28/21 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22510-CMB |
| Mark A. Nelson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Apr 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mark A. Nelson, 241 Shenandoah Drive, Pittsburgh, PA 15235-2053 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wells Fargo Bank National Association, Et Al... bnicholas@kmllawgroup.com |
| Francis E. Corbett | on behalf of Debtor Mark A. Nelson fcorbett@fcorbettlaw.com fcorbett7@gmail.com |
| James R. Wood | on behalf of Creditor Municipality of Penn Hills jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Apr 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8