Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Mark A. Nelson** | : | Case No. 19−22510−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      *AND NOW,* this **The 4th of February, 2022,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mark A. Nelson  
    Debtor

Case No. 19-22510-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 04, 2022      Form ID: 309      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark A. Nelson, 241 Shenandoah Drive, Pittsburgh, PA 15235-2053 |
| cr | + | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3 Pittsburgh, PA 15235-4441 |
| cr | + | Wells Fargo Bank, National Association, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 15075853 | | Kimberly J. Hong, Esquire, Manley Deas Kochalski, LLC, 2601 Koppers Bldg.</br>436 7th Ave, Pittsburgh, Pennsylvania 15219 |
| 15075854 | + | Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, Pennsylvania 15235-4441 |
| 15075857 | | Municipality of Penn Hills, Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, Pennsylvania 19404-3020 |
| 15100321 | + | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15075858 | + | Oakmont Water Authority, P.O. Box 73, Oakmont, Pennsylvania 15139-0073 |
| 15075859 | + | Penn Hills School District and Municipal, Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, Pennsylvania 15235-4441 |
| 15075860 | | Peoples, P.O. Box 644760, Pittsburgh, Pennsylvania 15264-4760 |
| 15075861 | | Portfolio Recovery Associates, LLC, P.O. Box 3020, Norristown, Pennsylvania 19404-3020 |
| 15075862 | #+ | Rosenthal, Morgan and Thomas, Inc., 12747 Olive Blvd., Ste 250, St. Louis, MO 63141-6278 |
| 15075864 | | UPMC Health Services, P.O. Box 371472, Pittsburgh, Pennsylvania 15250-7472 |
| 15105377 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15075865 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, Pennsylvania 15250-7980 |
| 15075866 | | UPMC Presbyterian Shadyside, P.O. Box 382059, Pittsburgh, Pennsylvania 15250-8059 |
| 15075867 | | UPMC St. Margaret, P.O. Box 382059, Pittsburgh, Pennsylvania 15250-8059 |
| 15115365 | + | Wells Fargo Bank, Minnesota, N.A., Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 05 2022 04:13:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 04 2022 23:10:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15098173 | | EDI: ATLASACQU | Feb 05 2022 04:13:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15095744 | | EDI: ATLASACQU | Feb 05 2022 04:13:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15075849 | | EDI: ATLASACQU | Feb 05 2022 04:13:00 | Atlas Acquisitions, LLC, 294 Union Street, Hackensack, New Jersey 7601 |
| 15075847 | + | EDI: AIS.COM | Feb 05 2022 04:13:00 | American InfoSource, LP, P.O. Box 248838, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2022 | Form ID: 309 | Total Noticed: 38 |

| Recip ID | | Bypass/EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Oklahoma City, Oklahoma 73124-8838 |
| 15075848 | + | EDI: AISACG.COM | Feb 05 2022 04:13:00 | Ascension Capital Group, P.O. Box 201347, Arlington, Texas 76006-1347 |
| 15075850 | | EDI: CAPONEAUTO.COM | Feb 05 2022 04:13:00 | Capital One Auto Finance, P.O. Box 60511, City of Industry, California 91716-0511 |
| 15075851 | + | EDI: CCS.COM | Feb 05 2022 04:13:00 | Credit Collection Services, 725 Canton Street, Norwood, Massachusetts 02062-2679 |
| 15115261 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 04 2022 23:10:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15075852 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 04 2022 23:10:00 | Duquesne Light Company, 411 7th Ave., Pittsburgh, Pennsylvania 15219-1942 |
| 15103035 | | EDI: JEFFERSONCAP.COM | Feb 05 2022 04:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15075856 | | EDI: MID8.COM | Feb 05 2022 04:13:00 | Midland Credit Management, Inc., P.O. Box 13105, Roanoke, VA 24031-3105 |
| 15105340 | + | EDI: MID8.COM | Feb 05 2022 04:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15113542 | | EDI: PRA.COM | Feb 05 2022 04:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15107239 | + | Email/Text: ebnpeoples@grblaw.com | Feb 04 2022 23:10:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15100322 | + | EDI: JEFFERSONCAP.COM | Feb 05 2022 04:13:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15075863 | | EDI: AISSPRINT | Feb 05 2022 04:13:00 | Sprint, 6200 Sprint Parkway, Overland Park, Kansas 66251 |
| 15105401 | | EDI: AISSPRINT | Feb 05 2022 04:13:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 662070949 |
| 15075868 | + | EDI: WFFC.COM | Feb 05 2022 04:13:00 | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagen, Minnesota 55121-1663 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank, National Association, Et Al... |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | WELLS FARGO BANK, NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 15075855 | ##+ | Marc D. Daffner, Esquire, Daffner & Associates, P.C., Allegheny Building, 429 Forbes Avenue, Suite 610, Pittsburgh, Pennsylvania 15219-1604 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 04, 2022 | Form ID: 309 | Total Noticed: 38 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2022                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2022 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
    on behalf of Creditor Wells Fargo Bank  National Association, Et Al... bnicholas@kmllawgroup.com

Francis E. Corbett
    on behalf of Debtor Mark A. Nelson fcorbett@fcorbettlaw.com  fcorbett7@gmail.com

James R. Wood
    on behalf of Creditor Municipality of Penn Hills jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Jennifer L. Cerce
    on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8