| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Mark A. Nelson<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8160<br>EIN: _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: 13    6/25/19 |
| Case number: | 19–22510–CMB | Date case converted to chapter: 7    3/4/22 |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                                      10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mark A. Nelson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 241 Shenandoah Drive<br>Pittsburgh, PA 15235 | |
| 4. | **Debtor's attorney**<br>Name and address | Francis E. Corbett<br>Mitchell Building – 707<br>304 Ross Street<br>Pittsburgh, PA 15219–2230 | Contact phone 412–456–1882<br>Email: fcorbett@fcorbettlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Natalie Lutz Cardiello<br>107 Huron Drive<br>Carnegie, PA 15106 | Contact phone 412–276–4043<br>Email: ncardiello@cardiello–law.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 3/4/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 11, 2022 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**     **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/10/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/13/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/23/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mark A. Nelson  
    Debtor

Case No. 19-22510-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 04, 2022 | Form ID: 309B | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark A. Nelson, 241 Shenandoah Drive, Pittsburgh, PA 15235-2053 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | James R. Wood, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| aty | + | Jennifer L. Cerce, Maiello Brungo & Maiello, Southside Works, 424 S. 27th Street, Ste 210, Pittsburgh, PA 15203-2380 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| aty | + | S. James Wallace, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | + | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3 Pittsburgh, PA 15235-4441 |
| cr | + | Wells Fargo Bank, National Association, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 15075853 | | Kimberly J. Hong, Esquire, Manley Deas Kochalski, LLC, 2601 Koppers Bldg.</br>436 7th Ave, Pittsburgh, Pennsylvania 15219 |
| 15075854 | + | Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, Pennsylvania 15235-4441 |
| 15075857 | | Municipality of Penn Hills, Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, Pennsylvania 19404-3020 |
| 15100321 | + | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15075858 | + | Oakmont Water Authority, P.O. Box 73, Oakmont, Pennsylvania 15139-0073 |
| 15075859 | + | Penn Hills School District and Municipal, Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, Pennsylvania 15235-4441 |
| 15075860 | | Peoples, P.O. Box 644760, Pittsburgh, Pennsylvania 15264-4760 |
| 15075861 | | Portfolio Recovery Associates, LLC, P.O. Box 3020, Norristown, Pennsylvania 19404-3020 |
| 15075864 | | UPMC Health Services, P.O. Box 371472, Pittsburgh, Pennsylvania 15250-7472 |
| 15075865 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, Pennsylvania 15250-7980 |
| 15105377 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15075866 | | UPMC Presbyterian Shadyside, P.O. Box 382059, Pittsburgh, Pennsylvania 15250-8059 |
| 15075867 | | UPMC St. Margaret, P.O. Box 382059, Pittsburgh, Pennsylvania 15250-8059 |
| 15115365 | + | Wells Fargo Bank, Minnesota, N.A., Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: fcorbett@fcorbettlaw.com | Mar 04 2022 23:32:00 | Francis E. Corbett, Mitchell Building - 707, 304 Ross Street, Pittsburgh, PA 15219-2230 |
| tr | + | EDI: QNLCARDIELLO.COM | Mar 05 2022 04:28:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | | EDI: PENNDEPTREV | Mar 05 2022 04:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2022 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 05 2022 04:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: |

Case 19-22510-CMB   Doc 77   Filed 03/06/22   Entered 03/07/22 00:22:48   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2022 | Form ID: 309B | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| | | | BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2022 23:32:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Mar 04 2022 23:32:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + EDI: AISACG.COM | Mar 05 2022 04:28:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Mar 04 2022 23:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15098173 | EDI: ATLASACQU | Mar 05 2022 04:28:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15095744 | EDI: ATLASACQU | Mar 05 2022 04:28:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15075849 | EDI: ATLASACQU | Mar 05 2022 04:28:00 | Atlas Acquisitions, LLC, 294 Union Street, Hackensack, New Jersey 7601 |
| 15075847 | + EDI: AIS.COM | Mar 05 2022 04:28:00 | American InfoSource, LP, P.O. Box 248838, Oklahoma City, Oklahoma 73124-8838 |
| 15075848 | + EDI: AISACG.COM | Mar 05 2022 04:28:00 | Ascension Capital Group, P.O. Box 201347, Arlington, Texas 76006-1347 |
| 15075850 | EDI: CAPONEAUTO.COM | Mar 05 2022 04:28:00 | Capital One Auto Finance, P.O. Box 60511, City of Industry, California 91716-0511 |
| 15075851 | + EDI: CCS.COM | Mar 05 2022 04:28:00 | Credit Collection Services, 725 Canton Street, Norwood, Massachusetts 02062-2679 |
| 15115261 | + Email/Text: kburkley@bernsteinlaw.com | Mar 04 2022 23:32:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15075852 | + Email/Text: kburkley@bernsteinlaw.com | Mar 04 2022 23:32:00 | Duquesne Light Company, 411 7th Ave., Pittsburgh, Pennsylvania 15219-1942 |
| 15103035 | EDI: JEFFERSONCAP.COM | Mar 05 2022 04:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15075856 | EDI: MID8.COM | Mar 05 2022 04:28:00 | Midland Credit Management, Inc., P.O. Box 13105, Roanoke, VA 24031-3105 |
| 15105340 | + EDI: MID8.COM | Mar 05 2022 04:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15113542 | EDI: PRA.COM | Mar 05 2022 04:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15107239 | + Email/Text: ebnpeoples@grblaw.com | Mar 04 2022 23:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15100322 | + EDI: JEFFERSONCAP.COM | Mar 05 2022 04:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15075863 | EDI: AISSPRINT | Mar 05 2022 04:28:00 | Sprint, 6200 Sprint Parkway, Overland Park, Kansas 66251 |
| 15105401 | EDI: AISSPRINT | Mar 05 2022 04:28:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 662070949 |
| 15075868 | + EDI: WFFC.COM | Mar 05 2022 04:28:00 | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagen, Minnesota 55121-1663 |

Case 19-22510-CMB   Doc 77   Filed 03/06/22   Entered 03/07/22 00:22:48   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2022 | Form ID: 309B | Total Noticed: 47 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank, National Association, Et Al... |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | WELLS FARGO BANK, NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 15075855 | ##+ | Marc D. Daffner, Esquire, Daffner & Associates, P.C., Allegheny Building, 429 Forbes Avenue, Suite 610, Pittsburgh, Pennsylvania 15219-1604 |
| 15075862 | ##+ | Rosenthal, Morgan and Thomas, Inc., 12747 Olive Blvd., Ste 250, St. Louis, MO 63141-6278 |

TOTAL: 1 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2022            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wells Fargo Bank National Association, Et Al... bnicholas@kmllawgroup.com |
| Francis E. Corbett | on behalf of Debtor Mark A. Nelson fcorbett@fcorbettlaw.com fcorbett7@gmail.com |
| James R. Wood | on behalf of Creditor Municipality of Penn Hills jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9