# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 19-22510-CMB |
| | ) |
| **Mark A. Nelson** | ) Chapter 7 |
| | ) |
| Debtor | ) Document No. |
| | ) |
| | ) Related to Doc. No. 64 |
| | ) |

## CERTIFICATE OF SERVICE

I, **Francis E. Corbett**, verify under penalty of perjury that a copy of Order of Court to Convert Case to Chapter 7 was served on the following by NECF:

Office of the U.S. Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, Esquire cmecf@chapter13trusteewdpa.com
Keri P. Ebeck, Esquire kebeck@bernsteinlaw.com
Brian Nicholas, Esquire bnicholas@kmllawgroup.com
S. James Wallace, Esquire sjw@sjwpgh.com
James R. Wood, Esquire jwood@portnoffonline.com
Natalie Lutz Cardiello, Esquire ncardiello@cardiello-law.com

The remaining parties on the attached mailing matrix have been served by first class mail.

DATED: 03/07/22              /s/ Francis E. Corbett
                             **Francis E. Corbett, Esquire, PA ID #37594**
                             **fcorbett@fcorbettlaw.com**
                             **Mitchell Building - 707**
                             **304 Ross Street**
                             **Pittsburgh, PA  15219-2230**
                             **(412) 456-1882**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-22510-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Feb  8 10:00:32 EST 2022 | American InfoSource, LP<br>P.O. Box 248838<br>Oklahoma City, Oklahoma 73124-8838 | Ascension Capital Group<br>P.O. Box 201347<br>Arlington, Texas 76006-1347 |
| (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | Capital One Auto Finance<br>P.O. Box 60511<br>City of Industry, California 91716-0511 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Jennifer L. Cerce<br>Maiello Brungo & Maiello<br>Southside Works<br>424 S. 27th Street, Ste 210<br>Pittsburgh, PA 15203-2380 | Francis E. Corbett<br>Mitchell Building - 707<br>304 Ross Street<br>Pittsburgh, PA 15219-2124 | Credit Collection Services<br>725 Canton Street<br>Norwood, Massachusetts 02062-2679 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Duquesne Light Company<br>411 7th Ave.<br>Pittsburgh, Pennsylvania 15219-1942 | Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kimberly J. Hong, Esquire<br>Manley Deas Kochalski, LLC<br>2601 Koppers Bldg.</br>436 7th Ave<br>Pittsburgh, Pennsylvania 15219 | Maiello Brungo & Maiello<br>100 Purity Road, Suite 3<br>Pittsburgh, Pennsylvania 15235-4441 |
| Marc D. Daffner, Esquire<br>Daffner & Associates, P.C.<br>Allegheny Building<br>429 Forbes Avenue, Suite 610<br>Pittsburgh, Pennsylvania 15219-1604 | Midland Credit Management, Inc.<br>P.O. Box 13105<br>Roanoke, VA 24031-3105 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Municipality of Penn Hills<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404-3020 | Municipality of Penn Hills<br>Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, Pennsylvania 19404-3020 | Mark A. Nelson<br>241 Shenandoah Drive<br>Pittsburgh, PA 15235-2053 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Oakmont Water Authority<br>P.O. Box 73<br>Oakmont, Pennsylvania 15139-0073 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Penn Hills School District and Municipal<br>Maiello Brungo & Maiello, LLP<br>100 Purity Road, Suite 3<br>Pittsburgh, Pennsylvania 15235-4441 | Penn Hills School District and Municipality<br>Tax Division<br>c/o Maiello, Brungo & Maiello, LLP<br>Foxpointe II<br>100 Purity Rd, Ste. 3<br>Pittsburgh, PA 15235-4441 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples<br>P.O. Box 644760<br>Pittsburgh, Pennsylvania 15264-4760 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |

Peoples Natural Gas Company LLC
c/o S. James Wallace, PC
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

Portfolio Recovery Associates, LLC
P.O. Box 3020
Norristown, Pennsylvania 19404-3020

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Rosenthal, Morgan and Thomas, Inc.
12747 Olive Blvd., Ste 250
St. Louis, MO 63141-6278

(p)SPRINT
C O AMERICAN INFOSOURCE
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

UPMC Health Services
P.O. Box 371472
Pittsburgh, Pennsylvania 15250-7472

UPMC Physician Services
P.O. Box 371980
Pittsburgh, Pennsylvania 15250-7980

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Presbyterian Shadyside
P.O. Box 382059
Pittsburgh, Pennsylvania 15250-8059

UPMC St. Margaret
P.O. Box 382059
Pittsburgh, Pennsylvania 15250-8059

WELLS FARGO BANK, NATIONAL ASSOCIATION
14841 Dallas Pkwy Suite 425
Dallas, TX 75254-8067

S. James Wallace
GRB Law
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219-1753

Wells Fargo Bank, Minnesota, N.A.
Trustee (See 410)
c/o Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111-4720

Wells Fargo Bank, N.A.
1000 Blue Gentian Road
Eagen, Minnesota 55121-1663

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

James R. Wood
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406-2726

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

(d)Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

(d)Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

(d)Atlas Acquisitions, LLC
294 Union Street
Hackensack, New Jersey 7601

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Sprint
6200 Sprint Parkway
Overland Park, Kansas 66251

(d)Sprint Corp
Attention Bankruptcy
PO Box 7949
Overland Park, KS 662070949

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(d)Municipality of Penn Hills
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

(d)Wells Fargo Bank, National Association
14841 Dallas Pkwy Suite 425
Dallas, TX 75254-8067

(u)Wells Fargo Bank, National Association, Et

End of Label Matrix
Mailable recipients    46
Bypassed recipients     4
Total                  50

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :
Mark Nelson                                     :    Bankruptcy No. 19-22510-CMB
        Debtor                               :
                                                :    Related Dkt. No. 64
                                                :
                                                :    Hearing:  April 6, 2022 at 10:00 a.m.

## ORDER OF COURT

The debtor has filed a motion seeking to convert the case to a case under chapter 7 of the Bankruptcy Code (title 11 of the United States Code), which was granted.

It is **ORDERED, ADJUDGED,** and **DECREED** that:

(1) Any party-in-interest that challenges the good faith of the conversion shall, on or before **April 1, 2022,** file a motion setting forth the basis of the challenge and specifically identifying the relief requested in the event conversion is found not to have been made in good faith.

(2) The wage attachment(s) issued in this case are immediately ***TERMINATED***.  The Debtor shall serve a copy of this order on the employer(s).

(3) *No later than* **March 18, 2022,** the Debtor shall file a schedule of all unpaid debts incurred after the commencement of the chapter 13 case and before conversion. *Bankruptcy Rule 1019(5)(B)(i)*.

(4) *No later than* **March 18, 2022,** the Debtor shall file the statements and schedules required by *Bankruptcy Rules 1019(1)(A)* and *1007(b)*, if such documents have not already been filed.

(5) *No later than* **April 4, 2022,** the Debtor shall file a statement of intention with respect to retention or surrender of estate property which secures a debt, as required by *11 U.S.C. §521(a)(2)*, *Bankruptcy Rule 1019(1)(B)*, and conforming to *Official Form 8*.

(6) The chapter 13 trustee forthwith shall turn over to the chapter 7 trustee all records and property of the estate remaining in the chapter 13 trustee's custody and control, as required by *Bankruptcy Rule 1019(4)*, except that any remaining funds that do not constitute property of the chapter 7 estate shall be returned to the Debtor.

(7) *Within 60 days* of the date of this Order, the chapter 13 trustee shall file an accounting of all receipts and distributions made. Jurisdiction over the chapter 13 trustee's certification of disbursements of funds and final report and account remains assigned to the Honorable Carlota M. Böhm, Bankruptcy Judge.

(8) *No later than* **April 4, 2022,** the Debtor shall, if the case is converted after the confirmation of a plan, file:

  (a) a schedule of all property not listed in the final report and account of the chapter 13 trustee which was acquired after the commencement of the chapter 13 case but before the entry of this conversion order, *Bankruptcy Rule 1019(5)(C)(i)*;

  (b) a schedule of unpaid debts not listed in the chapter 13 trustee's final report and account, *Bankruptcy Rule 1019(5)(C)(ii)*; and,

  (c) a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 13 case but before the entry of this conversion order, *Bankruptcy Rule 1019(5)(C)(iii)*.

  The schedule of claimants under (b) of this paragraph shall be filed by entering additional claimants into the CM/ECF system via "Creditor Maintenance." A list of said claimants shall be attached to the Bankruptcy Rule 1019 Report.

It is **FURTHER ORDERED** that if the Debtor fails to file the documents required by this Order and Bankruptcy Rule 1019 by the aforesaid dates, a status conference shall be held on **April 6, 2022, at 10:00 a.m.,** by ZOOM Video Conference Application ("Zoom"), to determine whether additional relief is necessary to compel compliance with the terms of this Order. To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

It is **FURTHER ORDERED** that the Clerk shall send the notice required by *Bankruptcy Rule 1019(6)*. If the reports and schedules per Paragraphs 3, 8(b) and 8(c) of this Order are filed in time for the Clerk to include post-petition creditors in the §341 notice mailing, the Clerk shall so include the post-petition creditors in that mailing. If said report and schedules are not filed in time for inclusion of the post-petition creditors in the §341 notice mailing, ***within ten (10) days of the filing of said report and schedules***, the Clerk shall send the notice required by *Bankruptcy Rule 1019(6)*.

It is **FURTHER ORDERED** that *within forty-five (45) days* of this Order, all chapter 13 fee petitions by any professional shall be self-scheduled and filed with the Clerk of the Bankruptcy Court. The fee petition shall be captioned "Chapter 13 Fee Petition in Converted Case" and the hearing shall be self-scheduled on Judge Böhm's chapter 13 motions calendar.

It is **FURTHER ORDERED** that *within five (5) days* hereof Counsel for Debtor shall *IMMEDIATELY SERVE* a copy of this Order on all creditors in the above case and shall *file a Certificate of Service* with the Clerk of the Bankruptcy Court.

It is **FURTHER ORDERED** that the Court retains jurisdiction over the Chapter 13 Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Trustee's Final Report and Account, the Chapter 13 Trustee is discharged from her duties in this case.

Dated: March 4, 2022

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
3/4/22 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Administrator to serve:
    Ronda J. Winnecour, Esq.
    3250 U.S. Steel Tower
    Pittsburgh, PA 15219

    Debtor
    Counsel for Debtor
    Office of the U.S. Trustee