**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

In re:
MARK A. NELSON

Debtor(s)

Case No. 19-22510CMB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/25/2019.

2) The plan was confirmed on 08/23/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/13/2020, 03/19/2021.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/21/2020, 01/12/2022.

5) The case was converted on 03/04/2022.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $7,408.65.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $26,100.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$26,100.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,673.70 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,289.50 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,963.20** |

Attorney fees paid and disclosed by debtor: $890.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AIS PORTFOLIO SERVICES (AMERICA | Unsecured | 4,893.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC - ASSIGNE | Unsecured | 394.70 | 394.70 | 394.70 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 260.60 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 10,181.08 | 11,479.46 | 11,479.46 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | NA | 454.72 | 454.72 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | NA | 670.30 | 670.30 | 0.00 | 0.00 |
| MARC DAFFNER ESQ | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 894.89 | 894.89 | 894.89 | 0.00 | 0.00 |
| OAKMONT WATER AUTHORITY | Unsecured | 1,833.46 | 2,158.26 | 2,158.26 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (EIT)** | Unsecured | NA | 1,057.87 | 1,057.87 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE TAX | Secured | 613.04 | 635.80 | 635.80 | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS) (EIT)** | Unsecured | NA | 1,466.25 | 1,466.25 | 0.00 | 0.00 |
| PENN HILLS SEWAGE* | Secured | 424.40 | 143.52 | 143.52 | 0.00 | 0.00 |
| PENN HILLS SEWAGE* | Secured | 0.00 | 280.88 | 280.88 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Priority | 0.00 | NA | NA | 253.27 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 3,279.00 | 2,921.14 | 2,921.14 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 424.00 | 470.56 | 470.56 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERS( | Unsecured | NA | 436.70 | 436.70 | 0.00 | 0.00 |
| ROSENTHAL MORGAN THOMAS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP(*) | Unsecured | 1,196.00 | 638.49 | 638.49 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 1,167.27 | NA | NA | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | 341.00 | 439.50 | 439.50 | 0.00 | 0.00 |
| UPMC PRESBYTERIAN SHADYSIDE | Unsecured | 3,064.00 | NA | NA | 0.00 | 0.00 |
| UPMC ST MARGARET | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA - TRUSTEE | Secured | 118,241.35 | 129,216.24 | 0.00 | 20,907.53 | 0.00 |
| WELLS FARGO BANK NA - TRUSTEE | Secured | 0.00 | 25,457.89 | 25,457.89 | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $20,907.53 | $0.00 |
| Mortgage Arrearage | $25,457.89 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,060.20 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$26,518.09** | **$20,907.53** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $253.27 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$253.27** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$23,482.84** | **$0.00** | **$0.00** |

| **Disbursements:** | | |
|---|---|---|
| Expenses of Administration | $3,963.20 | |
| Disbursements to Creditors | $21,160.80 | |
| **TOTAL DISBURSEMENTS** : | | **$25,124.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/11/2022

By: /s/ Ronda J. Winnecour
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.