# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 19-22510-CMB |
| | ) |
| Mark A. Nelson | ) Chapter 7 |
| | ) |
| Debtor | ) Document No. |
| | ) |

## DEBTOR's REPORT UNDER BANKRUPTCY RULE 1019

**AND NOW**, comes the Debtor, by and through his attorney, Francis E. Corbett, and presents the following:

1. The Debtor hereby incorporates his petition and schedules filed in the Chapter 13 case as the petition and schedules in this Chapter 7 case.

2. The Debtor has not acquired property after the commencement of the Chapter 13 case and before the case was converted.

3. The Debtor has not entered into or assumed executory contracts after the commencement of the Chapter 13 case and before the case was converted.

4. The Debtor did not operate as a business during the pendency of this case and did not file monthly reports.

5. The Debtor did not incur new debt and does not have any post petition claimants.

**Respectfully submitted,**

**DATE: 03/14/22**           /s/ Francis E. Corbett_____
**Francis E. Corbett, Esquire   PA ID #37594**
fcorbett@fcorbettlaw.com
**Mitchell Building – 707**
**304 Ross Street**
**Pittsburgh, PA  15219-2230**
**(412) 456-1882**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 19-22510-CMB |
| | ) |
| Mark A. Nelson | ) Chapter 7 |
| | ) |
| Debtor | ) Document No. |
| | ) |

### CERTIFICATE OF SERVICE

I, Francis E. Corbett, certify under penalty of perjury that I served the ***Debtors' Report Under Bankruptcy Rule 1019*** on the on the parties listed below via NECF:

Office of the U.S. Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, Esquire cmecf@chapter13trusteewdpa.com
Keri P. Ebeck, Esquire kebeck@bernsteinlaw.com
Brian Nicholas, Esquire bnicholas@kmllawgroup.com
S. James Wallace, Esquire sjw@sjwpgh.com
James R. Wood, Esquire jwood@portnoffonline.com
Natalie Lutz Cardiello, Esquire ncardiello@cardiello-law.com


**DATE:  03/14/22**          /s/ Francis E. Corbett
                             **Francis E. Corbett, Esquire   PA ID #37594**
                             **fcorbett@fcorbettlaw.com**
                             **Mitchell Building – 707**
                             **304 Ross Street**
                             **Pittsburgh, PA  15219-2230**
                             **(412) 456-1882**