**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MARK A. NELSON <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:19-22510 <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/25/2019 and confirmed on 08/23/2019 . The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 26,100.00 |
| Less Refunds to Debtor | 976.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 25,124.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,673.70 | |
|    Trustee Fee | 1,289.50 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,963.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WELLS FARGO BANK NA - TRUSTEE | 0.00 | 20,907.53 | 0.00 | 20,907.53 |
|     Acct: 3379 | | | | |
|   WELLS FARGO BANK NA - TRUSTEE | 25,457.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 3379 | | | | |
|   PENN HILLS SEWAGE* | 143.52 | 0.00 | 0.00 | 0.00 |
|     Acct: 9600 | | | | |
|   PENN HILLS MUNICIPALITY (RE TAX) | 635.80 | 0.00 | 0.00 | 0.00 |
|     Acct: N270 | | | | |
|   PENN HILLS SEWAGE* | 280.88 | 0.00 | 0.00 | 0.00 |
|     Acct: 9600 | | | | |
| | | | | 20,907.53 |
| **Priority** | | | | |
|   FRANCIS E CORBETT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK A. NELSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK A. NELSON | 976.00 | 976.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| FRANCIS E CORBETT ESQ | 3,110.00 | 2,673.70 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 253.27 | 0.00 | 253.27 |
| Acct: 3558 | | | | |
| | | | | 253.27 |
| **Unsecured** | | | | |
| AMERICAN INFOSOURCE LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLAS ACQUISITIONS LLC - ASSIGNEE OI | 394.70 | 0.00 | 0.00 | 0.00 |
| Acct: 9503 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY* | 11,479.46 | 0.00 | 0.00 | 0.00 |
| Acct: 3086 | | | | |
| MARC DAFFNER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 894.89 | 0.00 | 0.00 | 0.00 |
| Acct: 6400 | | | | |
| OAKMONT WATER AUTHORITY | 2,158.26 | 0.00 | 0.00 | 0.00 |
| Acct: 0461 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 2,921.14 | 0.00 | 0.00 | 0.00 |
| Acct: 8521 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 470.56 | 0.00 | 0.00 | 0.00 |
| Acct: 5650 | | | | |
| ROSENTHAL MORGAN THOMAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINT CORP(*) | 638.49 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC PHYSICIAN SERVICES | 439.50 | 0.00 | 0.00 | 0.00 |
| Acct: 8160 | | | | |
| UPMC PRESBYTERIAN SHADYSIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC ST MARGARET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 436.70 | 0.00 | 0.00 | 0.00 |
| Acct: 7259 | | | | |
| PENN HILLS SD (PENN HILLS) (EIT)** | 1,466.25 | 0.00 | 0.00 | 0.00 |
| Acct: 0120 | | | | |
| PENN HILLS MUNICIPALITY (EIT)** | 1,057.87 | 0.00 | 0.00 | 0.00 |
| Acct: 0120 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 454.72 | 0.00 | 0.00 | 0.00 |
| Acct: 7862 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 670.30 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-22510 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 21,160.80 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 26,518.09 | |
| UNSECURED | 23.482.84 | |

Date: 03/28/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com