## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-22510-CMB |
| | : | |
| MARK A. NELSON | : | Chapter 7 |
| | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

### NOTICE OF WITHDRAWAL

To:  Michael R. Rhodes, Clerk of Courts

PLEASE TAKE NOTICE that the Trustee withdraws her **Trustee Certification of Services Rendered under 11 U.S.C. Section 330(e)** filed in the above-styled Bankruptcy Case on April 16, 2022.

Dated:  April 16, 2022                                         Respectfully submitted,

*/s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Trustee
107 Huron Drive
Carnegie, PA 15106
(412) 276-4043
ncardiello@cardiello-law.com
PA ID# 51296