Form 302

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Mark A. Nelson**
   Debtor(s)

Bankruptcy Case No.: 19−22510−CMB

Chapter: 7
Docket No.: 90 − 85

# ORDER

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED.**

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: April 15, 2022

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-22510-CMB

Mark A. Nelson     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Apr 15, 2022     Form ID: 302     Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark A. Nelson, 241 Shenandoah Drive, Pittsburgh, PA 15235-2053 |
| cr | + | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3 Pittsburgh, PA 15235-4441 |
| cr | + | Wells Fargo Bank, National Association, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 15075853 | | Kimberly J. Hong, Esquire, Manley Deas Kochalski, LLC, 2601 Koppers Bldg.</br>436 7th Ave, Pittsburgh, Pennsylvania 15219 |
| 15075854 | + | Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, Pennsylvania 15235-4441 |
| 15075857 | | Municipality of Penn Hills, Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, Pennsylvania 19404-3020 |
| 15100321 | + | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15075858 | + | Oakmont Water Authority, P.O. Box 73, Oakmont, Pennsylvania 15139-0073 |
| 15075859 | + | Penn Hills School District and Municipal, Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, Pennsylvania 15235-4441 |
| 15075860 | | Peoples, P.O. Box 644760, Pittsburgh, Pennsylvania 15264-4760 |
| 15075861 | | Portfolio Recovery Associates, LLC, P.O. Box 3020, Norristown, Pennsylvania 19404-3020 |
| 15075864 | | UPMC Health Services, P.O. Box 371472, Pittsburgh, Pennsylvania 15250-7472 |
| 15075865 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, Pennsylvania 15250-7980 |
| 15105377 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15075866 | | UPMC Presbyterian Shadyside, P.O. Box 382059, Pittsburgh, Pennsylvania 15250-8059 |
| 15075867 | | UPMC St. Margaret, P.O. Box 382059, Pittsburgh, Pennsylvania 15250-8059 |
| 15115365 | + | Wells Fargo Bank, Minnesota, N.A., Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QNLCARDIELLO.COM | Apr 16 2022 03:13:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| cr | + | EDI: AISACG.COM | Apr 16 2022 03:13:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 15 2022 23:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15098173 | | EDI: ATLASACQU | Apr 16 2022 03:13:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15095744 | | EDI: ATLASACQU | Apr 16 2022 03:13:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15075849 | | EDI: ATLASACQU | Apr 16 2022 03:13:00 | Atlas Acquisitions, LLC, 294 Union Street, Hackensack, New Jersey 7601 |
| 15075847 | + | EDI: AIS.COM | Apr 16 2022 03:13:00 | American InfoSource, LP, P.O. Box 248838, Oklahoma City, Oklahoma 73124-8838 |

Case 19-22510-CMB   Doc 93   Filed 04/17/22   Entered 04/18/22 00:18:09   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2022 | Form ID: 302 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15075848 | + | EDI: AISACG.COM | Apr 16 2022 03:13:00 | Ascension Capital Group, P.O. Box 201347, Arlington, Texas 76006-1347 |
| 15075850 | | EDI: CAPONEAUTO.COM | Apr 16 2022 03:13:00 | Capital One Auto Finance, P.O. Box 60511, City of Industry, California 91716-0511 |
| 15075851 | + | EDI: CCS.COM | Apr 16 2022 03:13:00 | Credit Collection Services, 725 Canton Street, Norwood, Massachusetts 02062-2679 |
| 15115261 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 15 2022 23:07:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15075852 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 15 2022 23:07:00 | Duquesne Light Company, 411 7th Ave., Pittsburgh, Pennsylvania 15219-1942 |
| 15103035 | | EDI: JEFFERSONCAP.COM | Apr 16 2022 03:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15075856 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2022 23:07:00 | Midland Credit Management, Inc., P.O. Box 13105, Roanoke, VA 24031-3105 |
| 15105340 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2022 23:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15113542 | | EDI: PRA.COM | Apr 16 2022 03:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15107239 | + | Email/Text: ebnpeoples@grblaw.com | Apr 15 2022 23:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15100322 | + | EDI: JEFFERSONCAP.COM | Apr 16 2022 03:13:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15075863 | | EDI: AISSPRINT | Apr 16 2022 03:13:00 | Sprint, 6200 Sprint Parkway, Overland Park, Kansas 66251 |
| 15105401 | | EDI: AISSPRINT | Apr 16 2022 03:13:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 662070949 |
| 15075868 | + | EDI: WFFC.COM | Apr 16 2022 03:13:00 | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagen, Minnesota 55121-1663 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank, National Association, Et Al... |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Municipality of Penn Hills, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | WELLS FARGO BANK, NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 15075855 | ##+ | Marc D. Daffner, Esquire, Daffner & Associates, P.C., Allegheny Building, 429 Forbes Avenue, Suite 610, Pittsburgh, Pennsylvania 15219-1604 |
| 15075862 | ##+ | Rosenthal, Morgan and Thomas, Inc., 12747 Olive Blvd., Ste 250, St. Louis, MO 63141-6278 |

TOTAL: 1 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wells Fargo Bank National Association, Et Al... bnicholas@kmllawgroup.com |
| Francis E. Corbett | on behalf of Debtor Mark A. Nelson fcorbett@fcorbettlaw.com fcorbett7@gmail.com |
| James R. Wood | on behalf of Creditor Municipality of Penn Hills jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8